COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

| | | |
|---|---|---|
| Curtis Lee Sheppard, Jr., | § | No. 08-19-00106-CV |
| Appellant, | § | Appeal from the |
| v. | § | 98th District Court |
| Wichita County District Attorney's Office, Wichita County District | § | of Travis County, Texas |
| Clerk's Office, 78th District Court of Wichita County, and All Political | § | (TC# D-1-GN-16-004721) |
| Subdivisions of the State of Texas, | § | |
| Appellees. | § | |

§

**O R D E R**

On June 3, 2019, the court reporter notified the Court that Appellant has not provided her with a written request for preparation of the record. *See* TEX.R.APP.P. 34.6(b)(1)(requiring the appellant to make a written request that the court reporter prepare the reporter's record and requiring the appellant to designate the portions of the proceedings to be included). Consequently, the Court notified Appellant that his brief is due to be filed on July 3, 2019. The Court has reviewed Appellant's response to that notice. Appellant does not state that he complied with Rule 34.6(b)(1) by sending a written request to the court reporter asking her to prepare the record or by specifying which portions of the proceedings he wished to have included in the reporter's record. The Court will provide Appellant with a final opportunity to comply with Rule 34.6(b)(1). If

1

Appellant wishes to have the reporter's record included in the record of this appeal, he must send a written request and designation to the court reporter as required by Rule 34.6(b)(1) no later than July 10, 2019. If Appellant fails to comply with this order, the Court will establish a new deadline for Appellant's brief to be filed.

IT IS SO ORDERED this 20th day of June, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.